IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS -
AUSTIN DIVISION

| | |
|---|---|
| MELISSA RAMIREZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RPM DINING, LLC d/b/a THE YELLOW ROSE MEN'S CABARET, and JON PERSINGER,<br><br>Defendants | C.A. NO. 1:15-CV-336<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Melissa Ramirez and/or her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants, RPM Dining, LLC d/b/a The Yellow Rose Men's Cabaret, and Jon Persinger. Defendants have not yet filed an answer or motion for summary judgment.

Date: May 15, 2015

SHELLIST LAZARZ SLOBIN LLP

By: MARTIN A. SHELLIST
Texas Bar No. 00786487
mshellist@eeoc.net
RICARDO J. PRIETO
Texas Bar No. 24062947
rprieto@eeoc.net
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993
ATTORNEYS FOR PLAINTIFF

[5250-002/4618171/1]