IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MELISSA RAMIREZ, Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| V. | § § | 1-15-CV-336  RP |
| RPM DINING, LLC d/b/a THE YELLOW ROSE MEN'S CABARET, and JON PERSINGER, | § § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is Plaintiff Melissa Ramirez's Notice of Voluntary Dismissal Pursuant to F.R.C.P 41(a)(1)(A), filed May 18, 2015 (Clerk's Dkt. #6).  By way of the notice, Plaintiff seeks to voluntarily dismiss all claims raised against defendants RPM Dining, LLC c/b/a The Yellow Rose Men's Cabaret, and Jon Persinger.  *See* FED. R. CIV. P. 41(a)(1) (plaintiff may dismiss action by filing notice of dismissal before opposing party files answer).

As Defendants have not yet filed an answer in this action, Plaintiff's Notice of Voluntary Dismissal is GRANTED

Accordingly, IT IS ORDERED that all claims and causes of action asserted by Plaintiff are hereby DISMISSED WITHOUT PREJUDICE.  The Clerk's Office is directed to close this case.

Each party is to bear its own attorney's fees and costs.

**SIGNED** on May 19, 2015.

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE